June 04, 2004

Mr. J. Brett Busby
Mayer Brown Rowe & Maw LLP
700 Louisiana St., Suite 3600
Houston, TX 77002-2730

Mr. Robert L. Ketchand
Boyer & Ketchand
9 Greenway Plaza, Suite 3100
Houston, TX 77046
Mr. Richard P. Hogan Jr.
Hogan & Hogan, L.L.P.
700 Louisiana St., Suite 4200
Houston, TX 77002-2793

RE: Case Number: 04-0194
 Court of Appeals Number: 01-01-00079-CV
 Trial Court Number: 97-29163

Style: EMZY T. BARKER, III AND AVA BARKER D/B/A BRUSHY CREEK BRAHMAN
 CENTER AND BRUSHY CREEK CUSTOM SIRES
 v.
 WALTER W. ECKMAN, INDIVIDUALLY AND AS NOMINEE AND TRUSTEE, ECKMAN,
 INC., AND LARRY ECKMAN

Dear Counsel:

 Today the Supreme Court of Texas abated the petitions for review filed
in the above-referenced case. See enclosed order.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |